OPINION — AG — 63 O.S. 1971 2260 [63-2260], GRANTS TO BOARD OF COUNTY COMMISSIONERS THE AUTHORITY TO REGULATE SANITARY LANDFILLS BEING USED FOR NON INDUSTRIAL WASTE IN THEIR RESPECTIVE COUNTIES ON A MORE RESTRICTIVE BASIS THAN THE STATE OF DEPARTMENT OF HEALTH CITE: 19 O.S. 1971 3 [19-3], 63 O.S. 1971 2260 [63-2260] (PUBLIC HEALTH, COUNTY OFFICERS) (WILLIAM W. GORDEN JR)